*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, COGLEY, and DEERWESTER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Michael VALDEHUEZA**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202100302**

_____

Decided: 20 July 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Melanie J. Mann

Sentence adjudged 12 August 2021 by a general court-martial convened at Marine Corps Base Hawaii consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for eleven months,[1] and a bad-conduct discharge.

For Appellant:
*Major Brian L. Farrell, USMC*

---

[1] Appellant was credited with 187 days of confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] The Entry of Judgment erroneously states in the summary of charges pertaining to Charge IV, and in the sole specification for a violation of Uniform Code of Military Justice, Article 85, Desertion, that the date the desertion ended by apprehension was 20 February 2020. However, in reviewing the Charge Sheet and the record of trial, 20 February 2020 was the beginning of the period of desertion and Appellant was apprehended on 5 February 2021. In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

**UNITED STATES**

v.

**Michael VALDEHUEZA**
**Lance Corporal (E-3)**
**U.S. Marine Corps**

*Accused*

NMCCA NO. 202100302

**ENTRY**
**OF**
**JUDGMENT**

*As Modified on Appeal*

**20 July 2022**

On 12 August 2021, the Accused was tried at Marine Corps Base Hawaii by a general court-martial, consisting of a military judge sitting alone. Military Judge Melanie J. Mann, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 120b, Uniform Code of Military Justice, 10 U.S.C. § 920b.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** **Sexual abuse of a child involving indecent conduct on or about 17 February 2020.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 2:** **Sexual abuse of a child involving indecent conduct on or about 17 February 2020.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Charge II:** **Violation of Article 80, Uniform Code of Military Justice, 10 U.S.C. § 880.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification 1:** **Attempt to photograph the private area of I.A. without her consent on or about 17 February 2020.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification 2:** **Attempt to photograph the private area of A.Z. without her consent on or about 17 February 2020.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Charge III:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification 1:** **Simple assault upon a child under the age of 16 on or about 17 February 2020.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification 2:** **Simple assault upon a child under the age of 16 on or about 17 February 2020.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Charge IV:** **Violation of Article 85, Uniform Code of Military Justice, 10 U.S.C. § 885.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Desertion terminated by apprehension from on or about 20 February 2020 to on or about 5 February 2021.**

> *Plea:* Guilty.
> *Finding:* Guilty.

## SENTENCE

On 12 August 2021, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

*For Specification 1 of Charge I:*
confinement for 11 months.

*For the sole Specification of Charge IV:*
confinement for 11 months.

The terms of confinement will run concurrently.

**Confinement for a total of 11 months.**

**A bad-conduct discharge.**

The Accused has served 187 days pretrial confinement and shall be credited with 187 days of confinement already served, to be deducted from the adjudged sentence to confinement.

FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court